

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 21, 2019

**BY ECF**
District Judge
Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/19

Re: *United States v. Rios Quintero, et al.*, **19 Cr. 307 (NRB)**

Dear Judge Buchwald:

Following yesterday's suppression hearing, and after conferring with counsel for the defendants in this matter, the Government writes to request that the Court schedule a pretrial conference. The parties are available on December 16, 2019 or December 17, 2019, if that is convenient for the Court. The Government further requests that time be excluded as to both defendants until December 17, 2019. Counsel for the defendants do not object to that request.

*A pretrial conference is scheduled for December 17, 2019 at 3:45pm.*

Respectfully submitted,

*So Ordered:*
*Naomi Reice Buchwald*
*USDJ*
*11/21/19*

GEOFFREY S. BERMAN
United States Attorney

by: /s/ _____
Ryan B. Finkel
Assistant United States Attorney
(212) 637-6612