UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

- against -

JESUS MANUEL RIOS QUINTERO,
ALBERTO MORETA,
                Defendants.
----------------------------------X

**ORDER**

19 Cr. 307 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The trial in this case will commence on April 27, 2020. The Court will sit from 9 a.m. to 2:15 p.m. with the exception of days for jury selection, summations (if necessary) and deliberations when the Court will sit from 9 a.m. to 5 p.m. The following schedule will govern the filing of motions in limine and proposed requests to charge and voir dire:

- Motions in limine are to be filed no later than March 26, 2020, with oppositions due on April 2, 2020 and replies due on April 8, 2020.

- Requests to charge and voir dire are to be filed no later than April 13, 2020.

**SO ORDERED.**

Dated:    New York, New York
            December 23, 2019

                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE