```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,

     - against -

JESUS MANUEL RIOS QUINTERO,
ALBERTO MORETA,
                    Defendants.
-----------------------------------X
```

**O R D E R**

19 Cr. 307 (NRB)

**NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE**

The trial in this case will commence on March 16, 2020. The Court will sit from 9 a.m. to 2:15 p.m. with the exception of days for jury selection, summations (if necessary) and deliberations when the Court will sit an extended day. The following schedule will govern the filing of motions in limine and proposed requests to charge and voir dire:

- Motions in limine are to be filed no later than February 12, 2020, with oppositions due on February 19, 2020 and replies due on February 26, 2020.

- Requests to charge and voir dire are to be filed no later than March 2, 2020.

Dated: New York, New York
       January 8, 2020

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE