```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,

    - against -

JESUS MANUEL RIOS QUINTERO,
ALBERTO MORETA,
                    Defendants.
-----------------------------------X
```

**O R D E R**

19 Cr. 307 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The parties are directed to appear for a pretrial conference with the Court on March 3, 2020 at 11:00 a.m. at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 21A. The Court anticipates ruling on the parties' motions in limine at the conference.

Dated:   New York, New York
         February 24, 2020

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE