

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 8, 2021

**BY ECF**

Hon. Sidney H. Stein                                                    **MEMO ENDORSED**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    **Re: *United States v. Alberto Moreta*, S2 19 Cr. 307 (SHS)**

Dear Judge Stein:

    The Government writes to seek exclusion of time from February 1, 2021 to June 21, 2021 in the above-captioned matter. On August 20, 2020, the Court excluded time in this matter pursuant to the Speedy Trial Act up to February 1, 2021, which was then the parties' scheduled trial date. This matter was reassigned to Your Honor on December 16, 2020; on January 5, 2021, this Court rescheduled the trial date to June 21, 2021. (*See* ECF No. 84).

    The Government now writes to respectfully request that time be excluded under the Speedy Trial Act up to the date of trial, and that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The defendant indicated in his January 4, 2021 letter-motion seeking adjournment of the trial date that he consents to the exclusion of time. (*See* Def. Ltr. at 3 (ECF No. 82)).

    Wherefore, the Government requests that the Court exclude time up to June 21, 2021.

            Respectfully submitted,

            AUDREY STRAUSS
            Acting United States Attorney

      by: /s/ _____
            Ryan B. Finkel / Sarah Mortazavi
            Assistant United States Attorneys
            (212) 637-6612 / 2520

**The time is excluded from calculation under the Speedy Trial Act from today until June 21, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. ' 3161(h)(7)(A).**

**Dated: New York, New York**
      **January 11, 2021**

                  SO ORDERED

                  SIDNEY H. STEIN
                  U.S.D.J.