# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 6, 2023

**BY ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **United States v. Jesus Rios Quintero**
        **19 Cr. 307 (SHS)**

Dear Judge Stein:

    I represent defendant Jesus Rios Quintero in the above-captioned case. I write to request a bail modification to permit Mr. Rios to travel to Pennsylvania to visit his sister between July 23 and July 24, 2023. Mr. Rios has pled guilty and is currently awaiting sentencing. He was released on bail in November 2021, and has been residing in the community since that time without any bail violations or other issues. He is currently employed and lives with his partner and child.

    I have conferred with Pretrial Services Officer Ashley Cosme, who informs me that Pretrial objects to this request because "Pretrial objects to all overnight travel for individuals on home confinement." I have also conferred with AUSA Ryan Finkel on behalf of the government, who has no objection to this travel. Thank you for consideration of this request.

                              Respectfully submitted,
                              /s/ Sarah Baumgartel
                              Sarah Baumgartel
                              Assistant Federal Defender
                              Tel.: (212) 417-8772

cc: AUSA Ryan Finkel (by ECF)

*[Handwritten annotation: 7/6/2023 Application approved. So Ordered. /s/ Sidney H. Stein, U.S.D.J.]*