**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 10, 2023

**BY ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: **United States v. Jesus Rios Quintero**
           **19 Cr. 307 (SHS)**

Dear Judge Stein:

      I write to request a 30-day adjournment of Mr. Rios's sentencing and the deadlines for the parties to submit their sentencing submissions. Sentencing is currently scheduled for September 14, 2023. We received the draft presentence report in Mr. Rios's case yesterday, but I am scheduled to be out of the office next week. I am requesting an adjournment so that I have sufficient time to have this presentence report translated into Spanish for Mr. Rios, review the report with him, submit any corrections, and prepare our sentencing submission for the Court. This is the defense's first request for an adjournment of sentencing. I have conferred with AUSA Ryan Finkel on behalf of the government, who does not object to an adjournment. Thank you for consideration of this request.

      Respectfully submitted,
      /s/ Sarah Baumgartel
      Sarah Baumgartel
      Assistant Federal Defender
      Tel.: (212) 417-8772

cc: AUSA Ryan Finkel (by ECF)

**Mr. Rios Quintero's sentencing is adjourned to Friday, October 13, 2023 at 11:00 a.m. The defense submission is due September 22. The Government's submission is due September 29.**

**So ordered.**

**New York, New York**
**August 10, 2023**

*[Signature]*
SIDNEY H. STEIN
U.S.D.J.